UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

------------------------------------------------

U.S.C.A. # _____

Beard

U.S.D.C. # __08-cv-5792__

-v-

JUDGE: __KMW__

JP Morgan Chase Bank et al

DATE: __AUGUST 12, 2008__

------------------------------------------------

# INDEX TO THE RECORD ON APPEAL

AUG 12 2008

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** --------------------------------------------------

**DOCUMENT DESCRIPTION**                                                **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

_Balance of file transferred to USDC - NDTX_
** ONLY CIRCLED DOCUMENTS ARE INCLUDED ** _(FT. WORTH DIV.)_
_USDC-NDTX # 4-08cv406-A_
** ALL OTHERS MISSING AT THIS TIME **


( √ ) Original Record                                    (_____) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 12TH Day of August, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------
Beard

-v-

JP Morgan Chase Bank
---------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-5792

JUDGE: KMW

DATE: AUGUST 12, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

_____                          _____

_____                          _____

BALANCE OF FILE MISSING AT THIS TIME

Balance of file transferred to USDC-NDTX (Ft. Worth Division) USDC-NDTX # 4-08cv406A

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 12TH Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-05792-KMW
### Internal Use Only

Beard v. JP Morgan Chase Bank et al  
Assigned to: Judge Kimba M. Wood  
Demand: $10,000  
Cause: 28:1331 Fed. Question: Other  

Date Filed: 06/27/2008  
Date Terminated: 06/27/2008  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Rick Beard.(jeh) (Entered: 07/01/2008) |
| 06/27/2008 | 2 | COMPLAINT against JP Morgan Chase Bank, Home Comings Financial. Document filed by Rick Beard.(jeh) (Entered: 07/01/2008) |
| 06/27/2008 |  | Magistrate Judge Michael H. Dolinger is so designated. (jeh) (Entered: 07/01/2008) |
| 06/27/2008 | 3 | ORDER; The action should be and hereby is transferred to the U.S.D.C. for the Northern District of Texas, Fort Worth Division. 28 U.S.C. 1391(b), 1406(a). The Clerk of this Court shall file and docket the complaint without payment of fees. Whether pltff. should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. A summons shall not issue from this Court. Sent original file along with documents numbered 1-3, certified copy of docket entries and transfer order. Fed EX: 8655 7112 5506 sent on 7/01/08(Signed by Judge Kimba M. Wood on not indicated) (jeh) (Entered: 07/01/2008) |
| 07/08/2008 | -- | Received a letter from the United States District Court - Northern District of Texas acknowledging receipt of the entire file and assigned Case Number: 08cv406. (jeh) (Entered: 07/08/2008) |
| 07/24/2008 | 4 | NOTICE OF APPEAL from 3 Order. Document filed by Rick Beard. (tp) (Entered: 08/11/2008) |
| 07/24/2008 |  | Appeal Remark as to 4 Notice of Appeal filed by Rick Beard. $455.00 APPEAL FEE DUE. (tp) (Entered: 08/11/2008) |
| 08/11/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 08/11/2008) |
| 08/11/2008 |  | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 08/11/2008) |